**FILED**

MAY 3 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM EDUARDO NAVARRO MENDEZ,<br><br>Defendant. | CASE NO. 1:19-MJ-00023-JLT<br><br>[PROPOSED] ORDER RE: REQUEST TO UNSEAL<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint and arrest warrant shall be unsealed.

Dated: 5/31/19                              _____
                                            Hon. Barbara A. McAuliffe
                                            U.S. MAGISTRATE JUDGE