**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ABRAHAM NAVARRO MENDEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ABRAHAM NAVARRO MENDEZ,<br><br>　　　　Defendant | ) Case No.: 19-cr-00127-DAD-BAM<br>)<br>)<br>) **DEFENDANT'S REQUEST AND**<br>) **WAIVER OF APPEARANCE; ORDER**<br>)<br>)<br>)<br>)<br>) |

　　　　Defendant, ABRAHAM NAVARRO MENDEZ, hereby waives his appearance in person in open court upon the status conference set for Monday, August 12, 2019 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 8/3/19　　　　　　　　　　　　　　　　　　　　*/s/Abraham Navarro Mendez*___
　　　　　　　　　　　　　　　　　　　　　　　　　　ABRAHAM NAVARRO MENDEZ

Date: 8/3/19　　　　　　　　　　　　　　　　　　　　*/s/David A. Torres*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES,
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Abraham Navarro Mendez is hereby excused from appearing at this court hearing scheduled for Monday, August 12, 2019.

IT IS SO ORDERED.

Dated: **August 5, 2019**          /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE