DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ABRAHAM NAVARRO MENDEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-00127 DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |
| ABRAHAM NAVARRO MENDEZ, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND THOMAS NEWMAN ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ABRAHAM NAVARRO MENDEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for January 27, 2020, to be continued to April 27, 2020.

I have been engaged in a homicide trial in the matter of *People v. Michele Bowers, BF167326* since mid-December. I am respectfully requesting a continuance in that matter to review the discovery in this case and to commence plea negotiations. I have spoken to AUSA THOMAS NEWMAN, and he has no objection to continuing the status conference hearing

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

1

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: January 23, 2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
DEAN MCLAUGHLIN

DATED: January 23, 2020

*/s/Thomas Newman*
THOMAS NEWMAN
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the 2nd Status Conference is continued from January 27, 2020 to **April 27, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV).

IT IS SO ORDERED.

Dated: **January 23, 2020**         /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE