**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ABRAHAM NAVARRO MENDEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>            Plaintiff,  <br>    vs.  <br>ABRAHAM NAVARRO MENDEZ,  <br>            Defendant | Case No.: 19-cr-00127 DAD-BAM  <br>  <br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, ABRAHAM NAVARRO MENDEZ, hereby waives his appearance in person in open court upon the motion hearing set for Tuesday, July 7, 2020 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:7/7/20                                              */s/Abraham Navarro Mendez*
                                                         ABRAHAM NAVARRO MENDEZ

Date: 7/7/20                                             */s/David A. Torres*
                                                         DAVID A. TORRES,
                                                         Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Abraham Navarro Mendez is hereby excused from appearing at this court hearing scheduled for Tuesday, July 7, 2020.

IT IS SO ORDERED

IT IS SO ORDERED.

Dated:  **July 7, 2020**          /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE