**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ABRAHAM NAVARRO MENDEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00127-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF DISTRICT** |
| vs. | |
| ABRAHAM NAVARRO MENDEZ | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCCAULIFFE AND LAURA JEAN BERGER, ASSISTANT UNITED STATES ATTORNEY:

Mr. Navarro Mendez has informed my office that he would like to travel to Mexicali, Mexico to visit his 81-year-old grandmother who is terminally ill. Mr. Navarro plans on traveling by vehicle and anticipates leaving Bakersfield, CA on October 28, 2022, and return October 30, 2022, by 10:00p.m. The drive will take approximately six hours. While in Mexicali, he plans on staying with his sister, Cynthia Edith Hernandez at her residence located at 281 Villas De Montezuma, Villas de la Republica, Mexicali, Baja California. Cynthia resides with her husband, Marco Antonio Ledesma, their daughters, Cindy, Jessica and Marlen.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: October 25, 2022 | */s/ David A Torres* |
|  | DAVID A. TORRES |
|  | Attorney for Defendant |
|  | ABRAHAM NAVARRO MENDEZ |
|  |  |
| DATED: October 25, 2022 | */s/Laura Jean Berger* |
|  | LAURA JEAN BERGER |
|  | Assistant United States Attorney |

## ORDER

IT IS SO ORDERED that Mr. Navarro Mendez be allowed to travel out of the Eastern District. Pretrial Services reported to the Court that Mr. Navarro Mendez has fully complied under supervision and that Pretrial Services does not oppose the request. Mr. Navarro Mendez is permitted to travel to Mexicali, Mexico on October 28, 2022, and return on October 30, 2022, by 10:00 p.m.

IT IS SO ORDERED.

Dated: **October 26, 2022**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE