**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ABRAHAM NAVARRO MENDEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>Plaintiff,  <br><br>vs.  <br><br>ABRAHAM NAVARRO MENDEZ  <br><br>Defendant | Case No.: 1:19-CR-00127 DAD-BAM  <br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF DISTRICT** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANLEY A. BOONE AND LAURA JEAN BERGER, ASSISTANT UNITED STATES ATTORNEY:

Mr. Navarro Mendez has informed my office that he would like to travel to Mexicali, Mexico to visit his 81-year-old grandmother who is terminally ill. Mr. Navarro plans on traveling by vehicle and anticipates leaving Bakersfield, CA on November 11, 2022, and return November 15, 2022, by 8:00 p.m. The drive will take approximately six hours. While in Mexicali, he plans on staying with his sister, Cynthia Edith Hernandez at her residence located at 281 Villas De Montezuma, Villas de la Republica, Mexicali, Baja California. Cynthia resides with her husband, Marco Antonio Ledesma, their daughters, Cindy, Jessica and Marlen.

A similar order was granted by the Honorable Judge McAuliffe on October 26, 2022 (Doc. 65). Should this stipulation be granted, defendant will forgo his travels to Mexicali currently scheduled for October 28, 2022, through October 30, 2022.

                                                   Respectfully Submitted,

DATED: October 27, 2022           */s/ David A Torres*
                                                   DAVID A. TORRES
                                                   Attorney for Defendant
                                                   ABRAHAM NAVARRO MENDEZ

DATED: October 27, 2022           */s/ Laura Jean Burger*
                                                   LAURA JEAN BERGER
                                                 Assistant United States Attorney

## **IT IS SO ORDERED**

IT IS SO ORDERED that Mr. Navarro Mendez be allowed to travel out of the Eastern District of California. Mr. Navarro Mendez will travel to Mexicali, Mexico on November 11, 2022, and return on November 15, 2022, by 8:00 p.m.

IT IS SO ORDERED.

Dated: **October 27, 2022**                                          _____
                                                            UNITED STATES MAGISTRATE JUDGE