1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America
6

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,            CASE NO. 1:19-CR-00127-ADA-BAM

11 |                Plaintiff,

12 |        v.                             MOTION TO SEAL DOCUMENT 69

13 | ABRAHAM EDUARDO NAVARRO
   | MENDEZ,
14 |
   |                Defendant.
15

16
       The United States, by and through its undersigned counsel, moves to seal document 69 filed
17
   herein. The filing contains two documents. The second document should be sealed. The government
18
   will refile the first document publicly and will submit the second for filing under seal. This matter is set
19
   for hearing on February 13, 2023.
20
    Dated: February 8, 2023                    RESPECTFULLY SUBMITTED,
21
                                               PHILLIP A. TALBERT
22                                             United States Attorney

23                                        By:  /s/ Karen A. Escobar
                                               KAREN A. ESCOBAR
24                                             Assistant United States Attorney

25

26

27

28

IT IS SO ORDERED.

Dated: February 9, 2023



UNITED STATES DISTRICT JUDGE