PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ABRAHAM EDUARDO NAVARRO MENDEZ,<br><br>                              Defendant. | CASE NO.  1:19-CR-00127-ADA-BAM<br><br>STIPULATION REGARDING SETTING FOR CHANGE OF PLEA; ORDER<br><br>DATE: April 11, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Ana de Alba |

        Plaintiff United States of America, by and through its counsel of record, and defendant

ABRAHAM EDUARDO NAVARRO MENDEZ, by and through defendant's counsel of record David

A. Torres, hereby stipulate as follows:

        1.      By previous order, this matter was set for trial on April 11, 2023.

        2.      By this stipulation, defendant now moves to advance the matter for a change of plea on

February 13, 2023.

        3.      Additionally, by this stipulation, defendant seeks to vacate the April 11 trial date and

March 20 trial confirmation hearing.

        4.      Time was previously excluded to and through April 11, 2023

///

///

///

1

1     IT IS SO STIPULATED.

2

3

Dated:  February 8, 2023         PHILLIP A. TALBERT

4         United States Attorney

5

     /s/ KAREN A. ESCOBAR

6     KAREN A. ESCOBAR

     Assistant United States Attorney

7

8

Dated:  February 8, 2023         /s/ DAVID A. TORRES

9     DAVID A. TORRES

     Counsel for Defendant

10     ABRAHAM EDUARDO

11     NAVARRO MENDEZ

12

13

14

IT IS SO ORDERED.

15

Dated:   February 9, 2023

16

     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28