PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM EDUARDO NAVARRO MENDEZ,<br><br>Defendant. | CASE NO. 1:19-CR-00127-ADA-BAM<br><br>STIPULATION REGARDING RESETTING FOR CHANGE OF PLEA AND VACATING;  ORDER<br><br>DATE: February 13, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

Plaintiff United States of America, by and through its counsel of record, and defendant ABRAHAM EDUARDO NAVARRO MENDEZ, by and through defendant's counsel of record David A. Torres, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea on February 13, 2023.

2. By this stipulation, defendant now moves to reset the change of plea on March 20, 2023, due to an unavoidable trial conflict.

3. Time was previously excluded to and through April 11, 2023, the previously set trial date, which has since been vacated.

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

   IT IS SO STIPULATED.

Dated:  February 10, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  February 8, 2023

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
ABRAHAM EDUARDO
NAVARRO MENDEZ

IT IS SO ORDERED.

   Dated:   February 10, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2