TORRES | TORRES STALLIONGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ABRAHAM EDUARDO NAVARRO MENDEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00127 ADA-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| ABRAHAM EDUARADO NAVARRO MENDEZ, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de ALBA AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ABRAHAM NAVARRO MENDEZ, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, July 17, 2023, be continued to Monday, August 21, 2023.

Counsel is in the process of preparing a statement of mitigation and will also include a video for the court's review. A minor delay has occurred in the finalizing of said video. Counsel is requesting a brief continuance to complete the statement of mitigation packet to submit to the court and the government in a timely manner. I have communicated with AUSA Karen Escobar and she has no objection to continuing the sentencing date to August 21, 2023.

///

1

**IT IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED: July 12, 2023                        */s/ David A Torres*
                                                      DAVID A. TORRES
                                                      Attorney for Defendant
                                                      Abraham Navarro Mendez

DATED: July 12, 2023                        */s/ Karen Escobar*
                                                      KAREN ESCOBAR
                                                     Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that the sentencing hearing currently set for July 17, 2023, be reset to August 21, 2023.

IT IS SO ORDERED.

    Dated:   July 13, 2023

UNITED STATES DISTRICT JUDGE