**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ABRAHAM NAVARRO MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM NAVARRO MENDEZ,<br><br>Defendant | Case No.: 1:19-CR-00127 ADA<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de ALBA AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ABRAHAM NAVARRO MENDEZ, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, August 21, 2023, be continued to Monday, September 5, 2023, at 8:30 a.m.

All parties are waiting the decision by the United States Sentencing Commission as to its determination on retroactive application on USSG amendment §4C1.1, adjustment for zero criminal history. I have spoken to AUSA Karen Escobar, and she has no objection to continuing the sentencing hearing.

//

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: August 16, 2023      */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ABRAHAM NAVARRO MENDEZ


DATED: August 16, 2023      */s/ Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to September 5, 2023 at 8:30 a.m.


IT IS SO ORDERED.

Dated:   August 17, 2023        _____
UNITED STATES DISTRICT JUDGE