TORRES | TORRES STALLINGS
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ABRAHAM EDUARDO NAVARRO MENDEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM NAVARRO MENDEZ,<br><br>Defendants. | Case No.  1:19-CR-00127 ADA-BAM<br><br>STIPUALTION AND [ORDER] TO EXTEND SURRENDER DATE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de ALBA; KAREN ESCOBAR, AND TO BENJAMIN ROBERTS, PRETRIAL SERVICES OFFICER

   **COMES NOW** Defendant, Abraham Navarro Mendez, by and through his attorney of record, DAVID A. TORRES hereby requesting that the surrender date of October 25, 2023, be extended to December 27, 2023, for the following reasons:

   Mr. Navarro is the primary provider for his family and is requesting to extend his surrender date in order to complete his work year. Moreover, Mr. Navarro wants to ensure that all of his financial responsibilities are in order and his family is able to remain in their home during his incarceration.

   Counsel has spoken to AUSA Karen Escobar and she has no objection to the extension.

1

**IT IS SO STIPULATED.**

DATED: October 16, 2023

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
RUSSELL LEE RIGGS

DATED: October 16, 2023

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

# ORDER

**IT IS HEREBY ORDERED** that the surrender date be extended from October 25, 2023, to December 27, 2023.

IT IS SO ORDERED.

Dated:   October 18, 2023

UNITED STATES DISTRICT JUDGE