TORRES | TORRES STALLINGS
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ABRAHAM EDUARDO NAVARRO MENDEZ

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-CR-00127 ADA-BAM |
| Plaintiff, | |
| v. | STIPUALTION AND ORDER TO EXTEND SURRENDER DATE |
| ABRAHAM NAVARRO MENDEZ, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de ALBA; KAREN ESCOBAR, AND TO BENJAMIN ROBERTS, PRETRIAL SERVICES OFFICER

**COMES NOW** Defendant, Abraham Navarro Mendez, by and through his attorney of record, DAVID A. TORRES hereby requesting that the surrender date of December 27, 2023, be extended to January 5, 2024, for the following reasons:

Mr. Navarro is requesting the extension to be with his family for end of the year holidays before going into custody. Mr. Navarro has been compliant with the Pretrial conditions imposed by the court.

Counsel has spoken to AUSA Karen Escobar and she has no objection to the extension.

**IT IS SO STIPULATED.**

DATED: December 22, 2023

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ABRAHAM NAVARRO-MENDEZ

DATED: December 22, 2023

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## **ORDER**

**IT IS HEREBY ORDERED** that the surrender date be extended from December 27, 2023, to January 5, 2023.

IT IS SO ORDERED.

Dated: **December 26, 2023**

UNITED STATES DISTRICT JUDGE

2